UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

|  |  |
|---|---|
| Terry Custis, | 3:26-cv-03069-SAL |
| Plaintiff, | **NOTICE OF REMOVAL** |
| vs. | |
| Eastern VIP Express, LLC and Oleksandr Polyvach, | |
| Defendants. | |

The Defendants, Eastern VIP Express, LLC and Oleksandr Polyvach respectfully show unto the Court as follows:

1.      That the above-entitled action was commenced in the Court of Common Pleas for the County of Richland, by the filing of Summons and Complaint on May 11, 2026 and is now pending in that Court.  This action is a tort action arising out of motor vehicle accident that occurred on May 16, 2025.  Defendants file and present this Notice of Removal within thirty (30) days after service of the Summons and Complaint as required by 28 U.S.C. § 1446.

2.      Defendant Eastern VIP Express, LLC was served on July 17, 2026 via process server.  Upon information and  belief, Defendant Olexsandr Polyvach has not been served.

3.      That at the time this action was filed and at all times, thereafter, Defendant Eastern VIP Express, LLC has been a corporation organized and existing pursuant to the laws of the State of New York.  That at the time of this action was filed, Eastern VIP Express, LLC maintained its principal place of business in New York.

4.    That at the time this action was filed and at all times, thereafter, Defendant Olexsandr Polyvach has been a resident of the State of New York and maintains his residence in New York.

5.    That at the time this action was filed and at all times thereafter Plaintiff has been a citizen and resident of the State of South Carolina.

6. That this action is one of which the United States District Court has been given original jurisdiction by reason of complete diversity of citizenship between the parties pursuant to 28 U.S.C. § 1332. Plaintiff's Complaint does not seek to limit damages below the jurisdictional threshold.  The complaint seeks actual damages, punitive damages, and the cost and fees associated with the action.  The Fourth Circuit has held that "the amount in controversy may be calculated as the value of either party."  Jones v. Allstate Ins. Co., 258 F. Supp. 2d 424, 428 (D.S.C. 2003) quoting Gov't Emp. Ins. Co. v. Lally, 327 F.2d 568, 569(4th Cir. 1964).

7. That thirty (30) days have not yet expired since this action became removable to this Court pursuant to the provisions of 28 U.S.C. §1441.

8. That copies of all pleadings, process and orders served in this action are attached and marked as Exhibit "A".

**WHEREFORE**, the Defendants, Eastern VIP Express, LLC and Olexsandr Polyvach, prays that the above-entitled action be removed from the Court of Common Pleas for the County of Richland, State of South Carolina to the United States District Court for the District of South Carolina, Columbia Division.

.

s/_Margaret M. Urbanic_____
Margaret M. Urbanic
District of S.C. Federal Bar No.: 7017
126 Seven Farms Drive, Suite 200
Charleston, South Carolina 29492-8144
Phone: (843) 577-2026
Fax:    (843) 722-2867
Email: purbanic@cslaw.com
Attorney for Defendants

Charleston, South Carolina

June 22, 2026