ELECTRONICALLY FILED - 2026 Jul 28 9:02 AM - RICHLAND - COMMON PLEAS - CASE#2026CP4003139

## IN THE COURT OF COMMON PLEAS OF THE STATE OF SOUTH CAROLINA FOR RICHLAND COUNTY

**Terry Custis**

Plaintiff/Petitioner

vs.

**Eastern VIP Express, LLC; Oleksandr Polyvach**

Defendant/Respondent

DOCKET NO:

FILING DATE: **05/11/2026**

AFFIDAVIT OF SERVICE OF:

SUMMONS; COMPLAINT

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **17th day of July, 2026**, at **11:18 AM**, at the address of **4324 Wade Hampton Blvd Ste B, Taylors, Greenville County, SC 29687**; this affiant served the above described documents upon **Eastern VIP Express, LLC** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Rob Moseley, I delivered the documents to Rob Moseley who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 55-65 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.**.

Date: ___7/17/26___

_Donald Lawson_
**Donald Lawson**

SUBSCRIBED AND SWORN to before me this __17__ day of ___July___, 20 __26__

_Jac Whu_

NOTARY PUBLIC in and for the State of **South Carolina**
My commission expires ___6-20-2035___



REF: **17820055**
FOR: **Morgan & Morgan, P.A. <cooper.**

PAGE 1 OF 1
ORIGINAL AFFIDAVIT OF SERVICE



Tracking #: **0232834872**