STATE OF SOUTH CAROLINA

COUNTY OF RICHLAND

Terry Custis,

                Plaintiff(s),

vs.

Eastern VIP Express, LLC and Oleksandr Polyvach,

                Defendant(s).

IN THE COURT OF COMMON PLEAS

CASE NO.: 2026CP4003139

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE THAT the Defendants by and through their undersigned counsel, have filed a Notice of Removal of this action in the United States District Court for South Carolina, Rock Hill Division, a copy of which is attached hereto as Exhibit A and incorporated herein by reference

CLAWSON AND STAUBES, LLC.

/s/ Margaret M. Urbanic

_____
Margaret M. Urbanic
Bar No.:
126 Seven Farms Drive, Suite 200
Charleston, SC 29492
Phone:    (843) 577-2026
Fax:      (843) 722-2867
Email:    purbanic@cslaw.com
Attorney for Defendant(s)

Charleston, SC

July 27, 2026