UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Terry Custis,<br><br>    Plaintiff,<br><br>vs.<br><br>Eastern VIP Express, LLC and Oleksandr Polyvach,<br><br>    Defendants. | 3:26-cv-3069-SAL<br><br>**DEFENDANTS' ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** |

Eastern VIP Express, LLC and Oleksandr Polyvach, through counsel, answers Local Civil Rule 26.01 Interrogatories as follows:

A. State the full names, addresses, and telephone numbers of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER: N/A**

B. As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER: Defendants request a jury trial.**

C. State whether the party submitting these responses is a publicly owned company and separately identify: 1. each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; 2. each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and 3. each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:     Defendant Eastern VIP Express, LLC is not a publicly owned company.**

D.     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:     The motor vehicle accident occurred in Richland County.**

E.     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: 1. a short caption and the full case number of the related action; 2. an explanation of how the matters are related; and 3. a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:     No**

F.     If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:     Defendants are properly identified.**

G.     If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identified such person or entity and describe the basis of said liability.

**ANSWER:     N/A**

H.     In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify

the citizenship of – every individual or entity whose citizenship is attributed to that party

or intervenor. This response must be supplemented when any later event occurs that

could affect the court's jurisdiction under § 1332(a).

**ANSWER:     Plaintiff is resident of South Carolina.  Defendant Eastern VIP Express, LLC is a New York company and Defendant Olexsandr Polyvach is resident of New York.**


CLAWSON AND STAUBES, LLC.

/s/ Margaret M. Urbanic

_____

Margaret M. Urbanic
Bar No.:
126 Seven Farms Drive, Suite 200
Charleston, SC 29492
Phone:     (843) 577-2026
Fax:         (843) 722-2867
Email:       purbanic@cslaw.com
Attorney for


MMU / MMU

July 27, 2026

3