UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Terry Custis,<br><br>Plaintiff,<br><br>vs.<br><br>Eastern VIP Express, LLC and<br><br>Oleksandr Polyvach,<br><br>Defendants. | CIVIL ACTION 3:26-CV-03069-SAL<br><br>**DEFENDANTS' RESPONSES TO LOCAL RULE 26.03 INTERROGATORIES** |

Eastern VIP Express, LLC and Oleksandr Polyvach, through counsel, answers the Local Civil Rule 26.03 Interrogatories as follows:

1. A short statement of the facts of the case.

**ANSWER: This matter arises out of a motor vehicle accident that occurred on I-20 in Richland County. Plaintiff was a passenger in a vehicle involved in the accident and is alleging injuries and damages as a result of the accident.**

2. The names of fact witnesses likely to be called by the party and a brief summary of their expected testimony.

**ANSWER: Plaintiff Terry Custis**

**Ms. Custis is expected to testify regarding the facts and circumstances of the accident and her alleged injuries and damages.**

**Defendant Olexsandr Polyvach**

**Mr. Polyvach is expected to testify regarding the fact circumstances of the accident.**

**Representatives of Eastern VIP Express, LLC**

**Corporate representatives will testify regarding the policies and procedures at Eastern VIP Express, LLC.**

**Trooper S. M. Shealy**

**Trooper Shealy will testify regarding his investigation of the accident.**

**Plaintiff's treating physicians and medical providers will testify regarding causation and damages.**

3. The names and subject matter of expert witnesses. If no witnesses have been identified, state the subject matter and field of expertise as to experts likely to be offered.

**ANSWER: At this time, the parties are unable to identify expert witnesses likely to be called and reserve the right to supplement in accordance with the scheduling order. It is anticipated that there will be experts regarding causation and damages.**

4. A summary of the claims or defenses with statutory and/or case citations supporting the same.

**ANSWER: Plaintiff is alleging negligence. Plaintiff must prove the following elements: (1) aa duty of care owed by the defendant to the plaintiff; (2) a breach of that duty by a negligent act or omission; and (3) damage proximately resulting from the breach. *Carolina Chloride, Inc. v. Richland Cty*., 394 S.C. 154, 714 S.E.2d 869 (2011)**

**Defendants also dispute proximate cause and damages.**

5. Absent special instructions from the assigned judge, proposed dates for the following deadlines listed in Local Civ. Rule 16.02 (D.S.C.):

a. Exchange of Fed. R. Civ. P. 26(a)(2) expert disclosures.
b. Completion of discovery.

**ANSWER: The parties have filed a motion requesting an amended scheduling order including the exchange of expert disclosures and completion of discovery.**

6. Any special circumstances that would affect the time frames applied in preparing the scheduling order. See generally Local Civ. Rule 16.02(C) (D.S.C.) (Content of Scheduling Order).

**ANSWER: Some of the fact witnesses are located out of state and out of the country and will need additional time to coordinate.**

7. Any additional information requested in the Pre-Scheduling Order, Local Civil Rule 16.01 (D.S.C.), or otherwise requested by the assigned judge.

**ANSWER: Defendants do not consent to trial before a United States Magistrate Judge.**

**Respectfully submitted,**

CLAWSON AND STAUBES, LLC.

s/ Margaret M. Urbanic

Margaret M. Urbanic
Bar No.: 13574
126 Seven Farms Drive, Suite 200
Charleston, South Carolina 29492
Phone: (843) 577-2026
Fax: (843) 722-2867
Email: purbanic@cslaw.com
Attorney for Defendants

September 1, 2026