UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Terry Custis,<br><br>Plaintiff,<br><br>vs.<br><br>Eastern VIP Express, LLC and<br><br>Oleksandr Polyvach,<br><br>Defendants. | Case No.: 3:26-cv-03069-SAL<br><br>**RULE 26(f) REPORT** |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☐ We agree that the schedule set forth in the Conference and Scheduling Order filed is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☒ We agree that the schedule set forth in the Conference and Scheduling Order filed requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

**CLAWSON AND STAUBES, LLC**

s/ Margaret M. Urbanic
Margaret M. Urbanic
Bar No.: 13574; Fed Id.: 7017
126 Seven Farms Drive, Suite 200
Charleston, SC 29492
(843) 577-2026
**ATTORNEYS FOR DEFENDANTS**

**MORGAN & MORGAN, P.A.**

s/ Cooper Klaasmeyer
Cooper Klaasmeyer, Fed. I.D. No. 14272
Morgan & Morgan, P.A.
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
(843) 973-5438
**ATTORNEYS FOR PLAINTIFF**