IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Terry Custis,<br><br>Plaintiff,<br><br>vs.<br><br>Eastern VIP Express, LLC and Oleksandr Polyvach,<br><br>Defendants | Case No.: 3:26-cv-03069-SAL<br><br>**CERTIFICATION OF FAMILIARITY WITH LOCAL RULES** |

The undersigned certify that they have read and are familiar with the Local Civil Rules for the District of South Carolina.

| | |
|---|---|
| s/ Margaret M. Urbanic | s/ Cooper Klaasmeyer |
| Margaret M. Urbanic<br>Attorney for Defendants | Cooper Klaasmeyer<br>Attorney for Plaintiff |