IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Terry Custis,<br><br>Plaintiff,<br><br>vs.<br><br>Eastern VIP Express, LLC and Oleksandr Polyvach,<br><br>Defendants. | Civil Action No.: 3:26-cv-03069-SAL<br><br>**RULE 26(F)(3) DISCOVERY PLAN** |

**(A)** what changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement of when initial disclosures were made or will be made;

**RESPONSE: The parties exchanged initial disclosures on August 21, 2026 (Defendants) and August 24, 2026 (Plaintiff).**

**(B)** the subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues;

**RESPONSE: The parties anticipate discovery on issues of who caused the motor vehicle accident, proximate cause and damages. The parties believe that discovery can be completed pursuant to the proposed amended scheduling order.**

**(C)** any issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced;

**RESPONSE : The parties are currently unaware of any issues regarding the preservation of evidence.**

**(D)** any issues about claims of privilege or of protection as trial-preparation materials, including the timing and method for complying with Rule 26(b)(5)(A) and—if the parties agree on a procedure to assert these claims after production—whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502;

**RESPONSE: The parties are currently unaware of any issues regarding privilege or protection of trial preparation materials.**

**(E)** what changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed; and

**RESPONSE: The parties have submitted a proposed amended scheduling order.**

**(F)** any other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c).

**RESPONSE: The parties are not aware of any other orders that are currently needed.**

**CLAWSON AND STAUBES, LLC**

s/ Margaret M. Urbanic
Margaret M. Urbanic
Bar No.: 13574; Fed Id.: 7017
126 Seven Farms Drive, Suite 200
Charleston, SC 29492
(843) 577-2026
**ATTORNEYS FOR DEFENDANTS**

**MORGAN & MORGAN, P.A.**

s/ Cooper Klaasmeyer
Cooper Klaasmeyer, Fed. I.D. No. 14272
Morgan & Morgan, P.A.
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
(843) 973-5438
**ATTORNEYS FOR PLAINTIFF**