UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

Terry Custis,

Plaintiff,

vs.

Eastern VIP Express, LLC and

Oleksandr Polyvach,

Defendants.

**AMENDED SCHEDULING ORDER**

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this District, the court hereby establishes the following schedule for this case.

1. Rule 26(a)(1) Initial Disclosures: The parties shall exchange the required initial disclosures under Fed. R. Civ. P. 26(a)(1) no later than fourteen (14) days after the parties' Rule 26(f) conference unless a different time is set by stipulation or court order.

2. Amendment of Pleadings: Any motions to join other parties and to amend the pleadings shall be filed by **October 13, 2026**.

3. Expert Disclosures:

A. Plaintiff(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiff(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert pursuant to Fed. R. Civ. P. 26(a)(2)(B) or, where allowed, a report prepared by counsel has been disclosed to the other parties by **March 8, 2027**.

B. Defendant(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Defendant(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert pursuant to Fed. R. Civ.

P. 26(a)(2)(B) or, where allowed, a report prepared by counsel has been disclosed to the other parties by **April 6, 2027**.

4. Discovery: Discovery shall be completed no later than **May 25, 2027**. All discovery requests shall be served in time for the responses thereto to be served by this date. De bene esse depositions must be completed by the discovery deadline. **No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 (D.S.C.) and have had a telephone conference with Judge Lydon in an attempt to resolve the matter informally. The request for a telephone conference should be made within the time limit prescribed by local rule for filing such a motion. Attorneys should send a request for a telephone conference via e-mail to** lydon_ecf@scd.uscourts.gov**. The parties shall set forth their respective positions in their request.**

5. Motions: All dispositive motions, *Daubert* motions, and all other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial (other than *Daubert* motions), shall be filed on or before **June 8, 2027**. **Parties must file complete copies of any deposition transcripts they wish to use as exhibits.**

6. Stipulation of Undisputed Facts: The parties shall file a joint stipulation of undisputed facts seven days prior to the deadline to file all dispositive motions.

7. Mediation: Mediation shall be completed in this case on or before **June 22, 2027**. *See* Judge Lydon's Standing Order to Conduct Mediation (setting forth mediation requirements).

8. Trial: This case will go to trial on or after the **August 2027** term of court. Counsel, parties, and witnesses should plan their schedules, including vacations, accordingly.

The parties' attention is specifically directed to Local Civil Rule 5.03 (D.S.C.) regarding the filing of confidential material. The parties' attention is also directed to the court's website regarding instructions or other orders that may be applicable to your case.

s/ Sherri A. Lydon
Sherri A. Lydon
United States District Judge

Dated: September 8, 2026
Columbia, South Carolina